# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:22mj241
TWO IPHONES IN LAW ENFORCEMENT CUSTODY IN )
DURHAM, NORTH CAROLINA )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the ___Middle___ District of ___North Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm/Ammunition |
| 21 U.S.C. 841(a)(1) | distribution and possession with intent to distribute controlled substances |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Justin T. Gryder
*Applicant's signature*

Justin T. Gryder, Task Force Officer
*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Application for a search warrant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 04/10/22

*Judge's signature*

City and state: Greensboro, North Carolina     L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

Two devices seized on May 23, 2022, in Durham, North Carolina that are in the custody of the Federal Bureau of Investigations (FBI) at the Durham County Sheriff's Office evidence lockers in Durham, North Carolina:

> Gold iPhone IMEI 353869224825605 seized from Corinthian Bowens's bedroom nightstand in Durham, North Carolina
>
> Black iPhone IMEI 356830117055269 seized from Corinthian Bowens's bedroom nightstand in Durham, North Carolina

This warrant authorizes the forensic examination of the devices for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1. Records on the Devices described in Attachment A that relate to violations of Title 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) and Title 21 U.S.C. § 841(a)(1) in the form of the following:

   a. Records and information revealing or referencing the possession or trafficking of firearms or ammunition;

   b. Records and information revealing or referencing the possession or distribution of controlled substances;

   c. Records and information revealing or referencing items commonly associated with trafficking in controlled substances, such as scales, plastic baggies, money counters, and safes.

   d. Records and information revealing or referencing the proceeds of the sale of controlled substances and firearms;

   e. Records and information revealing or referencing sources of supply of controlled substance and firearms and means of payment;

   f. Records and information revealing or referencing controlled substance or firearms customers;

   g. Records and information revealing or referencing the identify of co-conspirators of the crimes under investigation; and

   h. Records and information revealing or referencing membership and participation in the Eight Trey Gangster Crips street gang.

2. Evidence of user attribution showing who used or owned the Device at the time the above records and information were created, edited, deleted, or otherwise interacted with.

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA.

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF TWO IPHONES IN LAW ENFORCEMENT CUSTODY IN DURHAM, NORTH CAROLINA | Case No. 1:22mj241 |

### AFFIDAVIT IN SUPPORT OF
### SEARCH AND SEIZURE WARRANT

I, Justin Gryder, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This is an Affidavit in support of an application for a warrant authorizing the search of two devices (SUBJECT DEVICES) in the custody of the Federal Bureau of Investigations (FBI) at the Durham County Sheriff's Office evidence lockers in Durham, North Carolina. The SUBJECT DEVICES, seized on May 23, 2022, are as follows and described in Attachment A:

> Gold iPhone IMEI 353869224825605 seized from Corinthian Bowens's bedroom nightstand in Durham, North Carolina
>
> Black iPhone IMEI 356830117055269 seized from Corinthian Bowens's bedroom nightstand in Durham, North Carolina

Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) and Title 21 U.S.C. § 841(a)(1) (distribution and possession with intent to distribute controlled substances) have been committed by Bowens's and others. There is probable cause to believe that the SUBJECT DEVICES will contain evidence of these criminal violations.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## AFFIANT AND EXPERTISE

3. I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and have been since May 2017, and a law enforcement officer with the Durham County Sheriff's Office in North Carolina since 2007. My duties include investigations into the sale of illegal substances, criminal gang activity, kidnapping, and bank robberies. I have received in-service training in drug identification and packaging, as well as extensive training in law enforcement procedures. I have attended numerous courses and seminars dealing with criminal gangs, illegal drugs, violent crimes, and robberies. As a result, I am familiar with the customary practices, procedures, terminology, and tactics used by persons engaged in these crimes. I have arrested and/or participated in the arrest of over 100 persons for violations of State and Federal narcotics statutes.

4. I am currently assigned to investigate violent gangs in the Durham metropolitan area as a member of the FBI's Raleigh-Durham Safe Streets Task Force (RDSSTF). Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

5. Through training, investigations, and speaking with persons arrested for controlled substance and firearms offenses, I am familiar with the habits of and terminology used by those engaged in the trafficking of controlled substances and firearm offenses. These individuals frequently use mobile devices to facilitate and memorialize their activity. I know the following:

   a. The evidence, fruits, and instrumentalities of criminal activity are often concealed in digital form, and digital images related to criminal activity are often shared with co-conspirators.

b. Individuals who possess controlled substances, firearms, and illicit proceeds often photograph themselves holding these items.

c. Individuals who commit controlled substance and firearm offenses often use text messaging and social media applications to communicate with co-conspirators, sources of supply, and customers.

d. In numerous cases that I have investigated, the contents of perpetrators' mobile phones contained evidence of firearms and controlled substance offenses, including revealing fruits and instrumentalities that have furthered my investigation.

## JULY 8, 2020 ARREST & FELONY CONVICTION

6. On July 8, 2020, Corinthian Bowens and a second individual were stopped in a convenience store by an officer with the Durham Police Department (DPD). The officer discovered that both Bowens and the second individual were carrying concealed handguns. Both men were arrested. Officers found $92 in cash and 2.9 grams of cocaine base on Bowens's person.

7. In January 2021, Bowens was charged with a violation of Title 18 U.S.C. § 922(n) (receipt of a firearm while under indictment) in the Middle District of North Carolina for his conduct in July 2020 (1:21CR40). Bowens pled guilty and was sentenced to five years of probation in January 2022.

## EIGHT TREY GANGSTER CRIPS

8. The Eight Trey Gangster Crips (ETGC) is a national street gang and is active in Durham County and other areas in North Carolina. I am familiar with Bowens through this investigation and others and know him to be an ETGC member. Bowens has been validated as a ETGC member by the Durham Police Department (DPD). the FBI Safe Streets Task Force, of which I am a member, has been investigating ETGC and associated criminal activity in Durham

for several years. I know ETGC and its members are often involved in the illegal distribution of controlled substances and that members often possess firearms.

## IPHONE RECOVERED ON APRIL 16, 2021

9. On April 16, 2021, I arrested Corinthian Bowens on a federal warrant issued as a result of his January 2021 indictment for a violation of Title 18 U.S.C. § 922(n). I saw Bowens driving a car. I stopped him and arrested him. While doing so, I seized a black iPhone from the space between the driver's seat and the driver's door. I obtained a warrant authorizing a search of the iPhone (EDNC 5:21MJ1437). Upon reviewing the iPhone, I saw multiple pictures of Bowens in possession of firearms and several pictures of bulk cash. I also saw the below picture of Bowens standing in front of a pot with a box of baking soda, plastic baggies, cash, and a gun on the counter. Baking soda is used to make crack cocaine. I also saw the below picture of a person standing over a digital scale (I saw Bowens wearing the shoes depicted in another picture on his phone).



Also on the phone, I saw a text message in which Bowens asked another person to contact him because he had a lot of "dog food" but not many "dogs." Dog food is a slang term for heroin.

## APRIL 2022 INSTAGRAM POSTS

10. Bowens's Instagram account is gwallaboy.3skii. "3skii" is Bowens's nickname and the account profile picture depicts Bowens. In or about the first week of April 2022, Bowens posted the below pictures on his Instagram account. In several of the pictures there is what appears to be a semi-automatic handgun on the counter in the background.



gwallaboy.3skii



In the pictures immediately above, Bowens is standing on the right. The other individual, on the left, (Individual-1) is currently on North Carolina state probation for carrying a concealed gun. Another post, see below, announces "Gliz on Market!!" Based on my training and experience, I know that "gliz" is a slang term used to refer to a Glock handgun and have seen the term used in this fashion.



Another post, see below, depicts Bowens holding bulk cash and is captioned "BITCH I PUT THE C IN CRIP" along with a blue heart and a "3". The Eight Trey Gangster Crips use blue.



BITCH I PUT THE C IN CRIP💙🔪 #SaltKillSnailsNotPlayaz #ABMG #LLL #ligotti

## MAY 23 2022 U.S. PROBATION SEARCH

11. The United States Probation Office is currently supervising Bowens. His probation officer is familiar with his residence at 1419 Cherrycrest Drive, Apartment A, in Durham, North Carolina. The residence is a two-bedroom apartment at which Bowens's grandmother and brother reside along with him. On May 23, 2022, probation officers searched the residence. Bowens, his girlfriend, his grandmother, and Individual-1 were inside. Bowens's brother had departed earlier. FBI Special Agent Shaylin Laure was present and assisted. Law enforcement officers recovered the following items from Bowens's bedroom:

   a. A plastic bag containing white powder and a metal spoon with powder on it from a top left dresser drawer next to a box of plastic baggies. White powder from the metal spoon preliminary tested positive for fentanyl. Powder from the bag preliminary tested positive for confectioners' sugar. Based on my training and

experience, I know that confectioners' sugar is a common cutting agent. In total, including the metal spoon, the plastic bag and contents weighed 162.1 grams.



b. A corner of a plastic baggie containing suspected marihuana (1.4 grams total) from the top right drawer of the dresser.

c. A corner of a plastic baggie containing white powder and blue pills (2.2 grams total) from on top of a nightstand. The white powder preliminary tested positive for MDA, also known as "Sally," a schedule I controlled substance like MDMA.

d. The SUBJECT DEVICES from the nightstand. The lock screen on the black iPhone depicts Bowens and the lock screen on the gold iPhone depicts Bowens's girlfriend. Bowens has used the phone number assigned to each device to contact his probation officer.

e. The keys to a Chevy Malibu.

12. A Chevy Malibu was parked in the driveway of the residence. Law enforcement officers recovered the following items from the car.

a. A grinder containing white residue that preliminary tested positive for cocaine from the trunk.

b. A digital scale from the trunk.

c. A digital scale and baggies from the center console.

13. Law enforcement officers recovered two .45 caliber rounds of ammunition and five .38 caliber rounds of ammunition from Bowens's brother's bedroom. Bowens's brother is currently on North Carolina state supervised probation.

## CONCLUSION

14. I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the SUBJECT DEVICES described in Attachment A to seek the items described in Attachment B.

15. Because this warrant seeks only permission to examine devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

/s/ Justin Gryder
Task force Officer Justin Gryder
Federal Bureau of Investigation

Dated: June, 10 2022

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina